## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

JOHN BRENT, Individually and on behalf
of all others similarly situated,

*Plaintiff*

v.

CARVANA CO., ERNEST GARCIA III,
and MARK JENKINS,

*Defendant*

Civil Action No. 2:22-cv-04870

## CORPORATE DISCLOSURE STATEMENT

The undersigned counsel for _____ Plaintiff John Brent _____,
certifies that this party is a non-governmental corporate party and that:

☐ This party's parent corporation, and all publicly held corporations owning 10% or
more of this party's stock, are listed here:

_____

_____

_____

## OR

☑ This party does not have a parent corporation, nor is there any publicly held corporation
that owns 10% or more of this party's stock.

/s/ Luarence M. Rosen
Signature of Attorney

One Gateway Center, Suite 2600
Address

Newark, NJ 07102
City/State/Zip

08/03/2022
Date

DNJ-CMECF-005 (10/2018)

Instructions:

1. Disclosure Statement is to be filed as a separate document.
2. Select Case Type (Civil) from the menu bar at the top of the ECF screen.
3. Click on Other Documents.
4. Select Corporate Disclosure Statement.
5. Enter the case for which the Disclosure Statement is being filed.
6. Select the PDF document to file.
7. Select the party filing the Disclosure Statement.
8. If applicable insert the name of the Corporate Parent or leave it blank.
9. Proofread the docket text.
10. Submit the Disclosure Statement by clicking the NEXT button.