UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| JOHN BRENT, Individually and on Behalf of All Others Similarly Situated, | ) ) | No. 2:22-cv-04870-ES-JSA |
| | ) | |
| Plaintiff, | ) | <u>CLASS ACTION</u> |
| | ) | |
| vs. | ) | ORDER APPOINTING LEAD PLAINTIFF AND APPROVING LEAD PLAINTIFF'S |
| | ) | SELECTION OF LEAD COUNSEL |
| CARVANA CO., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

[Caption continued on following page.]

RODEO COLLECTION LTD,
Individually and on Behalf of All Others
Similarly Situated,

                        Plaintiff,

      vs.

CARVANA CO., et al.,

                        Defendants.

Case No. 2:22-cv-05778-ES-JSA

CLASS ACTION

Having considered United Association National Pension Fund and Saskatchewan Healthcare Employees' Pension Plan's Motion for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel (the "Motion"), the Memorandum of Law, and Declaration of Christopher A. Seeger in support thereof, and good cause appearing therefor, the Court ORDERS as follows:

1.      The Motion is **GRANTED**;

2.      Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, (i) *Brent v. Carvana Co.*, No. 2:22-cv-04870; and (ii) *Rodeo Collection LTD v. Carvana Co.*, No. 2:22-cv-05778, are consolidated as:

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re CARVANA CO. SECURITIES LITIGATION | Master File No. 2:22-cv-04870-ES-JSA |
| | CLASS ACTION |
| This Document Relates To: |  |
| ALL ACTIONS. |  |

(a)      The file in Case No. 2:22-cv-04870-ES-JSA shall constitute the master file for every action in the consolidated action.   The Clerk shall administratively close the other action.  When the document being filed pertains to all actions, the phrase "All Actions" shall appear immediately after the phrase "This Document Relates To:".  When a pleading applies to some, but not all, of the actions,

- 1 -

the document shall list, immediately after the phrase "This Document Relates To:", the docket number for each individual action to which the document applies, along with the last name of the first-listed plaintiff in said action;

(b)     All securities class actions on behalf of purchasers of Carvana Co. securities subsequently filed in, or transferred to, this District shall be consolidated into this action;

(c)     This Order shall apply to every such action, absent an order of the Court.  A party objecting to such consolidation, or to any other provisions of this Order, must file an application for relief from this Order within ten days after the action is consolidated into this action; and

(d)     This Order is entered without prejudice to the rights of any party to apply for severance of any claim or action, with good cause shown.

3.     Pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4(a)(3)(B), United Association National Pension Fund and Saskatchewan Healthcare Employees' Pension Plan are appointed as Lead Plaintiff; and

4.     Pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v), Robbins Geller Rudman & Dowd LLP is approved as Lead Counsel and Christopher A. Seeger of Seeger Weiss LLP is appointed as liaison counsel for the class.  Lead Counsel shall have the following responsibilities and duties on behalf of Lead Plaintiff and the putative class:

(a)     preparing and filing all pleadings;

(b)    briefing and arguing any and all motions;

(c)    conducting any and all discovery proceedings including depositions;

(d)    settlement negotiations;

(e)    pretrial discovery proceedings and the preparation for trial and the trial of this matter; and

(f)    the supervision of all other matters concerning the prosecution or resolution of the consolidated action.

**SO ORDERED**.*

s/Jessica S. Allen_____
HONORABLE JESSICA S. ALLEN
UNITED STATES MAGISTRATE JUDGE

*The Court notes that there is no opposition submitted to the United Association National Pension Fund and Saskatchewan Healthcare Employees' Pension Plans' Motion to consolidate; appoint lead plaintiff; and appoint lead counsel (filed in Civ. A. No. 22-4870 at ECF No. 9 and in Civ. A. No. 22-5778 at ECF No. 4). The Court further notes that the following motions are withdrawn and/or are rendered moot by virtue of consent to the Pension Funds' motion, and shall be terminated by the Clerk's Office:
1. Civ. A. No. 22-4870, ECF Nos. 5, 6, 7, and 8; and
2. Civ. A. No. 22-5778, ECF Nos. 2 and 3.

Dated: November 2, 2022

4859-8236-7541.v1